IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CALANDRA BULLARD, | ) |
| Plaintiff, | ) ) ) |
| v. | ) )  Civil Action No. 3:19-cv-00096-WC |
| EAST ALABAMA MEDICAL CENTER, | ) ) ) ) |
| Defendant. | ) |

## JOINT STIPULATION OF DISMISSAL

Plaintiff Calandra Bullard and Defendant East Alabama Medical Center hereby jointly request that the Court dismiss with prejudice this matter and all claims contained therein each party to bear its own costs.

Dated this 5th day of February, 2020.

Respectfully submitted,

_____
McPhillips Shinbaum, LLP
516 South Perry Street
Montgomery, AL 36104
julianmcphillips@msg-lawfirm.com

Tanika Finney
Law Office of Tanika L. Finney
516 South Perry Street, Suite 3-A
Montgomery, AL 36104
tanika@tlfinneylaw.com
*Attorneys for Plaintiff*

_____
Warren B. Lightfoot, Jr.
Brock Phillips
Maynard, Cooper & Gale, P.C.
1901 Sixth Avenue North
2400 Regions/Harbert Plaza
Birmingham, AL 35203
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of February, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM-ECF system which will send notification of such filing to the following:

McPhillips Shinbaum, LLP
516 South Perry Street
Montgomery, AL 36104
julianmcphillips@msg-lawfirm.com

Tanika Finney
Law Office of Tanika L. Finney
516 South Perry Street, Suite 3-A
Montgomery, AL 36104
tanika@tlfinneylaw.com
*Attorneys for Plaintiff*

/s/ Brock Phillips
OF COUNSEL