**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

ONE CHURCH STREET, RM B-110

MONTGOMERY, ALABAMA 36104

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

February 6, 2020

# NOTICE OF CLERK'S DISMISSAL

Re:   Bullard v. East Alabama Medical Center
      Civil Action No. 3:19-cv-00096-WC

Pursuant to the Joint Stipulation of Dismissal (document # 18) filed by all parties on 2/5/2020 and Fed. R. Civ. P. 41(a)(1)(A)(ii), this case is closed with prejudice without an order of the court.